**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Dalit Cohen and Rosemary Robertson, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>Quten Research Institute, LLC d/b/a Qunol Minerals,<br><br>Defendant. | Civil Action No.: |

**DECLARATION OF SERGEI LEMBERG PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(D)**

I, Sergei Lemberg, under penalty of perjury under the laws of the United States of America, affirm and state as follows:

1. I am counsel to the Plaintiffs in this action.

2. I submit this declaration in support of Plaintiffs' Class Action Complaint, which contains a cause of action for violation of the California Consumers Legal Remedies Act, California Civil Code § 1750, et seq.

3. The Class Action Complaint has been filed in the proper place for trial of this action, which is the U.S. District Court for the District of New Jersey, given that Defendant's principal place of business is within this District.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: March 29, 2023

                                                                               /s/ *Sergei Lemberg*
                                                                               Sergei Lemberg