UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALIT COHEN and ROSEMARY ROBERTSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUTEN RESEARCH INSTITUTE, LLC d/b/a QUNOL MINERALS,<br><br>Defendant. | Civil Action No. 2:23-01783-BRM-AME<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiffs Dalit Cohen and Rosemary Robertson (collectively, "Plaintiffs"), and Defendant Quten Research Institute, LLC ("Defendant"), by and through their respective attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above matter is hereby dismissed without prejudice and without costs to any party.

| | |
|---|---|
| **LEMBERG LAW, LLC**<br>*Attorneys for Plaintiffs Dalit Cohen and Rosemary Robertson*<br><br>*/s/ Sergei Lemberg*<br>Sergei Lemberg<br><br>Dated: June 30, 2025 | **O'TOOLE SCRIVO, LLC**<br>*Attorneys for Defendant Quten Research Institute, LLC*<br><br>*/s/ Thomas P. Scrivo*<br>Thomas P. Scrivo<br><br>Dated: June 30, 2025 |

SO ORDERED:

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.

Dated: _____ 2025